UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| **Inguran LLC dba Fast Genetics,**  *Plaintiff*,  v.  **Crider Farrowing, LLC,**  *Defendant*. | CASE NO. 4:23-cv-0019-SMR-HCA  Jury Trial Demanded |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE ITS CORPORATE DISCLOSURE STATEMENT UNDER SEAL

Plaintiff, Inguran LLC dba Fast Genetics, moves for leave to file Plaintiff's Corporate Disclosure Statement under seal and in support alleges as follows:

### THE PARTIES

1. Under the Court's Order and Local Rule 7.1, Plaintiff's deadline to file its Corporate Disclosure Statement is February 7, 2023.

2. Local Rule 7.1(a) requires the disclosure of "entities that either are related to the plaintiff as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the plaintiff's outcome in the case."

3. Plaintiff has several subsidiaries, but no subsidiary of has a direct or indirect pecuniary interest in the outcome of this case.

4. However, Plaintiff was formed as a Delaware limited liability company, and it has dozens of members.

5. It appears to Plaintiff's undersigned counsel that Local Rule 7.1 requires the Plaintiff to disclose all of its members because its members arguably have an "indirect pecuniary interest" in the outcome of the case.

1

6. Plaintiff's membership list is not public information and is highly confidential, and Plaintiff cannot publicly disclose its members under the terms of their respective agreements.

7. The Defendant has not yet been served in this lawsuit, and as such, Plaintiff's counsel has not conferred with Defendant on the substance of this motion.

8. Accordingly, to be able to comply with Local Rule 7.1, Plaintiff respectfully requests leave to file its Corporate Disclosure Statement, which includes its confidential members, under seal.

Respectfully submitted,

By: */s/ Michael F. Reeder II*
 Michael F. Reeder II
 Texas Bar. No. 24070481
 mreeder@ccrtlaw.com
 CADWELL CLONTS & REEDER LLP
 5373 W. Alabama St., Suite 457
 Houston, Texas 77056
 Phone: (713) 360-1560
 Fax:    (940) 233-8587

 Matthew G. Sease
 AT0010484
 Sease & Wadding
 104 SW 4th Street, Suite A
 Des Moines, Iowa 50309
 Ph: (515) 883-2222
 Fx: (515) 883-2233
 msease@seasewadding.com

 ATTORNEY FOR PLAINTIFF
 INGURAN LLC DBA FAST GENETICS