UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| **Inguran LLC dba Fast Genetics,** *Plaintiff*, v. **Crider Farrowing, LLC,** *Defendant.* | CASE NO. 4:23-cv-0019-SMR-HCA  Jury Trial Demanded |

**CORRECTED APPLICATION FOR ENTRY OF DEFAULT BY CLERK**

Plaintiff Inguran, LLC dba Fast Genetics, ("Fast Genetics"), pursuant to Federal Rule of Civil Procedure 55(a), respectfully requests that the Clerk enter a default against Defendant Crider Farrowing LLC ("Crider"), and would respectfully show the following:

1. Plaintiff filed its Original Complaint on January 13, 2023. (Docket No. 1).

2. On January 19, 2023, the Clerk of the Court issued the Summons in this case. (Docket No. 2).

3. Beginning on February 23, 2023, Plaintiff's process server made multiple unsuccessful attempts to serve Defendant at Defendant's registered agent, Kevin Crider's, last known address. (Docket No. 8 at 2).

4. On March 30, 2023, Plaintiff moved for substitute service of Defendant, and the motion was granted by the Court on April 20, 2023. (Docket No. 9).

5. Pursuant to the Court's Order granting Plaintiff's Motion for Substitute Service of Process (Docket No. 9), on April 21, 2023, Plaintiff's process server mailed a copy of the summons, complaint, civil cover sheet, corporate disclosure statement packet and the Court's

1

Order via certified and first-class mail to Defendant's last known Registered Agent, Kevin Crider's, last known dwelling at 714 Heath Ln, Mayfield, KY 42066 (this is the address that was provided by Kevin Crider to Plaintiff for business purposes), and emailed a copy of the same to Defendant's last known Registered Agent, Kevin Crider's, last known email addresses: kscrider@wk.net and kcrider700@gmail.com. (*See* Docket No. 9; Exhibit A, Affidavit of Michael F. Reeder II, ¶5).

6. On May 12, 2023, Plaintiff caused to be filed with the Clerk of this Court an Affidavit of Service Per Order Authorizing Substitute Service and a Return of Service, which have been on file with the Clerk of the Court for at least 30 days. (Docket Nos., 10, 11 and 12); Exhibit A, Affidavit of Michael F. Reeder II, ¶8).

7. As shown in the Return of Service filing, Defendant Crider received the email mentioned above with a copy of the Original Complaint and Summons by at least April 23, 2023, when it was emailed to and received by Defendant's registered agent, Kevin H. Crider. (Docket No. 10; Exhibit A, Affidavit of Michael F. Reeder II, ¶6).

8. Likewise, as shown in the Affidavit of Service, Defendant Crider received the first-class mail with the Original Complaint and Summons because the mail was not returned back to the process server. (Docket No. 11; Exhibit A, Affidavit of Michael F. Reeder II, ¶7).

9. The deadline for Defendant to file an answer or responsive pleading was May 15, 2023, more than a month ago. (*See* Exhibit A, Affidavit of Michael F. Reeder II, ¶5; Fed. R. Civ. P. 9).

10. Defendant has not filed an answer, or any other pleading constituting an answer and has not entered an appearance. (Exhibit A, Affidavit of Michael F. Reeder II, ¶10).

11. Pursuant to Federal Rule of Civil Procedure 55(a), the Clerk must enter a default if

a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise.

12. As shown by the docket in this matter, and the supporting Affidavit of Michael F. Reeder II, Defendant has failed to plead or otherwise defend.

13. Accordingly, Plaintiff respectfully requests that the Clerk enter a default against Defendant.

14. Plaintiff will file a separate Motion for Default Judgment pursuant to Federal Rule of Civil Procedure 55(b) upon entry of the Clerk's default.

WHEREFORE, Plaintiff respectfully requests that the Clerk enter a default against Defendant Crider Farrowing, LLC pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and for such other and further relief as the Court deems just and equitable or allowed at law.

Respectfully submitted,

DATED: June, 30, 2023  By: */s/ Michael F. Reeder II*
Michael F. Reeder II
Texas Bar. No. 24070481
mreeder@ccrtlaw.com
CADWELL CLONTS & REEDER LLP
5373 W. Alabama St., Suite 457
Houston, Texas 77056
Phone:  (713) 360-1560
Fax:     (940) 233-8587

Matthew G. Sease
AT0010484
msease@seasewadding.com
SEASE & WADDING
104 SW 4th Street, Suite A
Des Moines, Iowa 50309
Ph: (515) 883-2222
Fx: (515) 883-2233

ATTORNEYS FOR PLAINTIFF
INGURAN LLC DBA FAST GENETICS

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of June, 2023, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

None. Defendant has not appeared or answered.

I further certify that I mailed the foregoing document and the notice of electronic filing by certified mail and first-class mail to the following non-CM/ECF participants:

Crider Farrowing, LLC (Defendant)
c/o Kevin H. Crider (Registered Agent)
714 Heath Ln
Mayfield, KY 42066

I further certify that I emailed the foregoing document and the notice of electronic filing to Kevin H. Crider's last known email addresses: kscrider@wk.net and kcrider700@gmail.com.

                                      */s/ Michael F. Reeder II*
                                      Michael F. Reeder II