# EXHIBIT A

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| **Inguran LLC dba Fast Genetics,** *Plaintiff*, v. **Crider Farrowing, LLC,** *Defendant.* | CASE NO. 4:23-cv-0019-SMR-HCA  Jury Trial Demanded |

### Declaration of Michael Reeder

My name is Michael Francis Reeder II. I am over the age of eighteen, and fully competent to make this declaration. I declare under penalty of perjury of the United States of America that the statements contained herein are true and correct.

1. I am an attorney for Plaintiff Inguran dba Fast Genetics.

2. After filing this action, I hired a process service company to serve Defendant Crider Farrowing, LLC ("Defendant").

3. Beginning on February 23, 2023, Plaintiff's process server made multiple unsuccessful attempts to serve Defendant at Defendant's registered agent, Kevin Crider's, last known address.

4. On March 30, 2023, Plaintiff moved for substitute service of Defendant, and the motion was granted by the Court on April 20, 2023.

5. Pursuant to the Court's Order granting Plaintiff's Motion for Substitute Service of Process (Docket No. 9), on April 21, 2023, Plaintiff's process server mailed a copy of the summons, complaint, civil cover sheet, corporate disclosure statement packet and the Court's Order via certified and first-class mail to Defendant's last known Registered Agent, Kevin

Crider's, last known dwelling at 714 Heath Ln, Mayfield, KY 42066 (this is the address that was provided by Kevin Crider to Plaintiff for business purposes), and emailed a copy of the same to Defendant's last known Registered Agent, Kevin Crider's, last known email addresses: kscrider@wk.net and kcrider700@gmail.com.  (See Docket No. 9).

6. Defendant Crider received the email mentioned above with a copy of the Original Complaint and Summons by at least April 23, 2023, when it was emailed to and received by Defendant's registered agent, Kevin H. Crider.  (See Docket No. 10).

7. Defendant Crider received the first-class mail with the Original Complaint and Summons because the mail was not returned back to the process server. (Docket No. 11).

8. On May 12, 2023, Plaintiff caused to be filed with the Clerk of this Court an Affidavit of Service Per Order Authorizing Substitute Service and a Return of Service reflecting those effective service attempts. (Docket Nos., 10, 11 and 12); Exhibit A, Affidavit of Michael F. Reeder II, ¶6).

9. The deadline for Defendant to file an answer or responsive pleading was May 15, 2023, more than a month ago.

10. Defendant has not filed an answer, or any other pleading constituting an answer and has not entered an appearance.

11. It is my sincere belief that Mr. Crider is fully aware of the lawsuit.

Date: June 30, 2023            Respectfully Submitted,

By: _____
Michael F. Reeder II (TX Bar. No. 24070481)

4