# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| **Inguran LLC dba Fast Genetics,** *Plaintiff*, v. **Crider Farrowing, LLC,** *Defendant.* | CASE NO. 4:23-cv-0019-SMR-HCA<br><br>Jury Trial Demanded |

## CLERK'S ENTRY OF DEFAULT

Pursuant to Fed. R. Civ. P. 55(a), it appears by affidavit or otherwise from the records in the above-titled action that the Summons, Plaintiff's Original Complaint and Jury Demand, Civil Cover Sheet, Corporate Disclosure Statement Packet, and Order Granting Motion for Substitute Service of Process have been served upon Defendant. It further appears that Defendant has failed to plead or otherwise defend in said action, as directed in said summons and as provided in the Federal Rules of Civil Procedure. Defendant Crider Farrowing is, therefore, in default and such default is hereby entered.

SIGNED this ____ day of _____ 2023.

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION


By_____
CLERK